UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CLYDE "SONNY" CULVER and Wife, ) | |
| GLORIA CULVER, ) | |
|   ) | |
|   Plaintiffs. ) | |
|   ) | |
| vs. ) | CIVIL ACTION NO. 2:22-cv-9 |
|   ) | |
| TIMOTHY GLEN PRINCE, ) | JURY TRIAL DEMANDED |
|   ) | |
|   Defendant. ) | |

## COMPLAINT

1. The plaintiffs, Clyde Culver and Gloria Culver reside in Rogersville, Hawkins County, Tennessee and together bring this civil action against the defendant Timothy Glen Prince residing at 1 Sierra Circle, Hot Springs Village, Arkansas 71909. The plaintiffs bring this civil action against this defendant and files a copy of this Complaint, certified by Mark S. Stapleton, attorney, as being true and correct for the purposes of accompanying the Summons for damages combined in the sum of no less than One Million Dollars ($1,000,000.00).

2. The plaintiffs Clyde Culver and Gloria Culver reside in Hawkins County, Tennessee.

3. The defendant, Timothy Glen Prince, resides at and can be served at 1 Sierra Circle, Hot Springs Village, Arkansas 71909. Telephone 501-693-8821.

4. Pursuant to 28 U.S.C. 1332(a) the Court has jurisdiction over this cause of action considering the plaintiffs live in and reside in Hawkins County, Tennessee and the defendant is an out of state individual living in the state of Arkansas, and the conduct of the defendant giving rise to this cause of action takes place in Greene County, Tennessee. Additionally, the matter in

controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332, and thus this jurisdiction is hereby proper based upon diversity of citizenship, jurisdiction and amount.

5. On March 26, 2021 the Culver family was traveling on Interstate 81 in a north-east direction and had just exited onto the offramp on Exit 23 and was at the bottom of the exit stopped for a light controlling their path of travel. Gloria Culver was the third car in line, with two cars in front of her as they sat still for the red light. Once the red light changed to green the two cars in front of Ms. Culver pulled from their stopped position turning left or west on Highway 11E. Ms. Culver came across the westbound lanes of travel on Highway 11E and suddenly and without warning defendant Timothy Glen Prince stuck the driver's side of the vehicle in a "t-bone" style causing this collision. It does appear Mr. Prince was driving either at an excessive rate of speed, failed to have his vehicle under control for the conditions then existing, was driving in a negligent and improper manner, or otherwise was engaged in some negligent activity while driving and therefore not paying attention to the conditions in front of him, including the red light.

6. The defendant, Timothy Prince, violated certain statues which were in full force and effect in the state of Tennessee on the date of the accident, including the following:

    a) §55-8-136 failing to exercise due care;

    b) §55-8-109 failing to abide by traffic control devices;

    c) §55-8-152 speed limits;

    d) §55-8-128 vehicle approaching or entering intersection;

    e) §55-8-197 failure to yield right of way; and

    f) General negligence in the way the he drove the vehicle at the time of the accident.

7. Gloria Culver suffered a shoulder injury with such severity that she had to undergo surgery on November 2, 2021 and is undergoing post-surgery physical therapy for the care and treatment of this condition. She either has incurred or will be incurring orthopedic bills, pharmacy bills, hospital bills and physical therapy bills all associated with this condition. Thus, she asks for damages regarding her personal injuries, medical bills and expenses in the sum of no less than Five Hundred Thousand Dollars ($500,000.00) which she was caused to receive on or about March 26, 2021.

8. The plaintiff, Clyde "Sonny" Culver, suffered a back injury of such severity that he will have to undergo surgery and post-surgical physical therapy for the care and treatment of this condition. He has or will incur orthopedic bills, pharmacy bills, hospital bills and physical therapy bills associated with this condition. Moreover, he had just had back surgery 48 hours prior to this collision, and was on his way home from being released from the hospital for this low back surgery. This injury, as a result of the negligence of Mr. Prince, has caused his low back condition to become aggravated such that he either has or will have to undergo an additional back surgery to repair the damage caused by this collision at the surgical site 48 hours prior. Thus, he asks for damages regarding his personal injuries, medical bills and expenses in the sum of no less than Four Hundred Thousand Dollars ($400,000.00) which he was caused to receive on or about March 26, 2021.

9. Gloria Culver and Clyde Culver are married. The injuries caused by this March 26, 2021 collision as a result of the negligence of Timothy Prince have caused a loss of society and companionship between Clyde Culver and Gloria Culver such that they have a claim for loss of consortium independently as a result of the injury to the other.

Thus, Gloria Culver asks for damages for her loss of society and companionship and consortium from Clyde Culver in the amount of Fifty Thousand Dollars ($50,000.00).

Thus, Clyde Culver asks for damages for his loss of society and companionship and consortium from Gloria Culver in the amount of Fifty Thousand Dollars ($50,000.00).

**WHEREFORE**, the plaintiffs ask for judgment against this defendant in the sum of no less than One Million Dollars ($1,000,000.00) combined with plaintiff Gloria Culver asking for Five Hundred Fifty Thousand Dollars ($550,000.00) and plaintiff Clyde "Sonny" Culver asking for Four Hundred Fifty Thousand Dollars ($450,000.00) and asking for a jury trial of this cause.

Respectfully submitted this 2nd day of February, 2022.

By: s/Mark S. Stapleton
Mark S. Stapleton, BPR# 014671
Stapleton Law Office, P.C.
225 South Depot Street
Rogersville, TN 37857
423-921-9100 (Phone)
423-921-9104 (Facsimile)
mark@stapletonlawoffice.com

## COST BOND

We acknowledge ourselves as sureties in this cause for costs not to exceed Five Hundred Dollars ($500.00).

By: s/Mark S. Stapleton
Mark S. Stapleton, Esq.